**FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MARY PORTER,**<br>***Plaintiff,*** | § § § | |
| **v.** | § § | **CIVIL ACTION 4:24-cv-00775** |
| **WALMART, INC. d/b/a**<br>**WALMART STORE #5764, a/k/a**<br>**WALMART HASLET STORE**<br>***Defendant.*** | § § § § | |

**<u>INDEX OF DOCUMENTS FILED IN STATE COURT</u>**

1. Plaintiff's Original Petition, filed June 28, 2024;
2. Plaintiff's Service Request Form, filed June 28, 2024;
3. Citation issued to Walmart, Inc., filed June 28, 2024;
4. Citation returned from Walmart, Inc., filed July 16, 2024;
5. Executed Citation from Walmart, Inc. filed July 16, 2024;
6. Defendant's Original Answer, filed August 5, 2024;

Respectfully submitted,

By: ______________________________

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**J. HUNTER RALSTON**
Texas Bar No. 24132460
hralston@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of August 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**DAVID A. JOHNSON**